IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE A. SCHANZ,<br><br>      Plaintiff,<br><br>   v.<br><br>JO ANNE B. BARNHART, Commissioner,<br>Social Security Administration,<br><br>      Defendant.<br>_____/ | No. C-05-3379 MMC<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR AWARD OF ATTORNEYS' FEES** |

Before the Court is plaintiff's motion, filed August 2, 2006, for an award of attorneys' fees and costs pursuant to the Equal Access to Justice Act. No later than August 18, 2006, defendant shall file her opposition to said motion. Plaintiff may file a reply no later than August 25, 2006. The motion thereafter will be taken under submission and determined without oral argument unless the Court determines, after reviewing the parties' submissions, that oral argument would be of assistance.

**IT IS SO ORDERED.**

Dated: August 7, 2006

MAXINE M. CHESNEY
United States District Judge